OWENS & PYPER, P.L.C.
3030 N. Central Avenue, Ste. 1406
Phoenix, Arizona 85012
Phone: 602-265-4800
Fax: 602-265-0005
Mark B. Pyper (Bar# AZ11051)
Email: pyperlaw@aol.com

Marilyn Caston
Nevada State Bar No. 11654
THE BOURASSA LAW GROUP, L.L.C.
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Phone: 702-851-2180  Fax: 702-851-2189
Email: mcaston@bourassalawgroup.com

Counsel for Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>REZA ATHARI<br>FATANEH R. ATHARI<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>No. 14-10723-ABL<br><br>STIPULATION TO CONTINUE HEARINGS ON DEBTORS' (1) MOTION TO MODIFY BDCU LOANS AND (2) MOTION FOR SUBSTANTIVE CONSOLIDATION |

　　　　Debtors Reza Athari and Fataneh Athari, by and through undersigned counsel, and creditor Resort Holding 3, L.L.C., by and through undersigned counsel, hereby stipulate and agree that the court should continue the hearing presently set in this matter on **July 23, 2014, at 1:30 p.m.** on Debtors' (1) Motion To Modify BDCU Loans, and (2) Motion For Substantive Consolidation.  The only objections received to these motion came from creditor Resort Holdings 3, L.L.C.  These parties would like additional time before a scheduled hearing on these motions to resolve the objections filed by RH3.  Accordingly, the parties agree that the Court should continue the above-referenced hearings for two weeks or as soon as thereafter so

that the parties can negotiate a resolution of the the creditors' objections to the pending motions.

A proposed form of order has been attached hereto as Exhibit 1, and will be lodged with the court this day.

Dated this 21st day of July, 2014.

                                          OWENS & PYPER, P.L.C.

                                          /s/ Mark B. Pyper

                                          _____
                                          Mark B. Pyper
                                          Attorneys for Debtors-in-Possession

                                          HUTCHINSON & STEFFEN, L.L.C.

                                          /s/ Richard L. Doxey

                                          _____
                                          Richard L. Doxey
                                          Attorneys for Resort Holdings 3, LLC

OWENS & PYPER, P.L.C.
3030 N. Central Avenue, Ste. 1406
Phoenix, Arizona 85012
Phone: 602-265-4800
Fax: 602-265-0005
Mark B. Pyper (Bar# AZ11051)
Email: pyperlaw@aol.com

Counsel for Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | No. 14-10723-ABL |
| REZA ATHARI | ) | |
| FATANEH R. ATHARI | ) | ORDER CONTINUING HEARINGS |
| | ) | ON DEBTORS' (1) MOTION TO |
| | ) | MODIFY BDCU LOANS AND (2) |
| Debtors. | ) | MOTION FOR SUBSTANTIVE |
| | ) | CONSOLIDATION |
| _____ | ) | |

The Court having received the stipulation of hte parties, and with good cause appearing,

IT IS HEREBY ORDERED THAT THE hearings presenting set in this case on **July 23, 2014, at 1:30 p.m.** on Debtors' (1) Motion To Modify BDCU Loans, and (2) Motion For Substantive Consolidation are continued to the _____ day of August, 2014, at

####

-3-