OWENS & PYPER, P.L.C.
3030 N. Central Avenue, Ste. 1406
Phoenix, Arizona 85012
Phone: 602-265-4800
Fax: 602-265-0005
Mark B. Pyper, (#011051 AZ)
Email: pyperlaw@aol.com

Proposed Attorneys for Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REZA ATHARI & FATANEH ATHARI, | ) ) ) | Case No. 2:14-bk-10723 |
| | ) | MOTION FOR ORDER |
| Debtors. | ) | NUNC PRO TUNC APPROVING |
| | ) | EMPLOYMENT OF DEBTORS' |
| _____ | ) | COUNSEL |

The above-captioned debtors and debtors-in-possession (the "Debtors") hereby move (the "Motion") the Court for an order approving *nunc pro tunc* the employment of debtor's counsel, Mark B. Pyper of Owens & Pyper, P.L.C.   The court granted the Debtors' Application To Employ with respect to undersigned counsel after notice and hearing.   Debtors incorporate herein by this reference its underlying Application To Employ as well as supporting documents.  Despite the foregoing Mr. Pyper inadvertently failed to lodge an order formally employing him.    For this reason, the Debtors move the court herein to confirm the employment of Mr. Pyper and allow him to lodge an order accordingly.

Dated this 30th day of June, 2014.

OWENS & PYPER, P.L.C.

/s/   Mark B. Pyper

_____
Mark B. Pyper
3030 N. Central Ave., Ste. 1406
Phoenix, Arizona 85012
Tel. (602) 265-4800 ext. 2
Proposed Attorneys for
Debtor-in-Possession

**CERTIFICATE OF SERVICE**

1. On June 30, 2014, I served the following documents:

   MOTION FOR ORDER NUNC PRO TUNC APPROVING THE EMPLOYMENT OF DEBTORS' COUNSEL.

2. I served the above-named documents by the following means to the persons as listed below:

   United States mail, postage fully prepaid

   To:
   U.S. Trustee's Office
   300 Las Vegas Boulevard South, Room 4300
   Las Vegas, NV 89101

   See Mailing Matrix attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  6-30-14

Laura Pyper                                              /s/ Laura Pyper

_____        _____
Name of Declarant                                    Signature of Declarant

-2-