Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Emelia L. Allen, Esq.
Nevada Bar No. 11898
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 14-10723-ABL |
| Reza Athari and Fataneh R. Athari, | Chapter 11 |
| Debtors. | |

## SUBSTITUTION OF ATTORNEY

The Bourassa Law Group, LLC and Owens & Pyper, P.L.C., by and through the undersigned, hereby stipulates and agrees to the substitution of The Schwartz Law Firm, Inc., as counsel for Reza Athari and Fataneh R. Athari (the "**Debtors**") in the above referenced action.

THE BOURASSA LAW GROUP, LLC           OWENS & PYPER, P.L.C.

By: /s/Marilyn A. Caston, Esq.                 By: /s/Mark B. Pyper, Esq.
Marilyn A. Caston, Esq.                            Mark B. Pyper, Esq.
Nevada Bar No. 11654                               Arizona Bar No. 11051
8668 Spring Mountain Road, Suite 101    3030 N. Central Ave., Ste. 1406
Las Vegas, NV 89117                                 Phoenix, AZ 85012-2720

Page 1 of 2

The Schwartz Law Firm, Inc., by and through the undersigned, hereby consents to the substitution of The Schwartz Law Firm, Inc., in place and stead of The Bourassa Law Group, LLC and Owens & Pyper, P.L.C., as counsel for the Debtors in the above referenced action.

THE SCHWARTZ LAW FIRM, INC.

By: /s/Samuel A. Schwartz, Esq.
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
6623 Las Vegas Blvd. South, Ste. 300
Las Vegas, NV 89119

Reza Athari and Fataneh R. Athari, by and through the undersigned, hereby consent to the substitution of The Schwartz Law Firm, Inc., in place and stead of The Bourassa Law Group, LLC and Owens & Pyper, P.L.C., in the above referenced action.

By: /s/Reza Athari                    By: /s/Fataneh R. Athari
Reza Athari                           Fataneh R. Athari
Debtor                                Joint Debtor

Dated this 13th day of August 2014.

                                    Respectfully submitted by:

                                    /s/Samuel A. Schwartz, Esq.
                                    Samuel A. Schwartz, Esq.
                                    Nevada Bar No. 10985
                                    Emelia L. Allen, Esq.
                                    Nevada Bar No. 11898
                                    6623 Las Vegas Blvd. South, Ste. 300
                                    Las Vegas, NV 89119
                                    Telephone: (702) 385-5544
                                    Facsimile: (702) 385-2741
                                    Attorneys for Debtors