_____
Honorable August B. Landis
United States Bankruptcy Judge

**Entered on Docket**
**August 25, 2014**

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Emelia L. Allen, Esq.
Nevada Bar No. 11898
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 14-10723-ABL |
| | ) |
| Reza Athari and Fataneh R. Athari, | ) Chapter 11 |
| | ) |
| | ) |
| Debtors. | ) |
| _____ | ) |

**ORDER APPROVING STIPULATION CONTINUING**
**HEARINGS ON DEBTORS' (A) MOTION FOR SUBSTANTIVE**
**CONSOLIDATION AND JOINT ADMINISTRATION OF ASSOCIATED**
<u>**CHAPTER 11 CASES AND (B) MOTION FOR LOAN MODIFICATION**</u>

The above-captioned debtors and debtors-in-possession (the "**Debtors**"), by and through

their counsel of record, The Schwartz Law Firm, Inc.; the Office of the United States Trustee, by

and through its counsel of record, Jonas V. Anderson, Esq.; and Resort Holdings 3, LLC, by and

through its counsel of record, Hutchison & Steffen, LLC, having stipulated and agreed as provided for in that certain Stipulation (the "**Stipulation**") Continuing Hearings on Debtors' (A) Motion for Substantive Consolidation and Joint Administration of Associated Chapter 11 Cases and (B) Motion for Loan Modification (collectively, the **Motions**"), Docket No. 88; and the Court having considered the Stipulation and finds that the relief requested in the Stipulation is appropriate and sufficient cause exists to grant the relief; and for good cause it appearing; it is hereby:

**ORDERED** that the Stipulation, attached hereto as **Exhibit A**, is APPROVED; and it is further

**ORDERED** that the hearings on the Motions shall be continued to October 1, 2014, at 1:30 p.m.

Submitted by:

The Schwartz Law Firm, Inc.

By: /s/ Samuel A. Schwartz
SAMUEL A. SCHWARTZ, ESQ.  #10985
Attorneys for the Debtors

###

# Exhibit A

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Emelia L. Allen, Esq.
Nevada Bar No. 11898
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No. 14-10723-ABL |
| ) | |
| Reza Athari and Fataneh R. Athari, ) | Chapter 11 |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

**STIPULATION CONTINUING HEARINGS ON DEBTORS' (A) MOTION FOR
SUBSTANTIVE CONSOLIDATION AND JOINT ADMINISTRATION OF
ASSOCIATED CHAPTER 11 CASES AND (B) MOTION FOR LOAN MODIFICATION**

The above-captioned debtors and debtors-in-possession (the "Debtors"), by and through

their counsel of record, The Schwartz Law Firm, Inc.; the Office of the United States Trustee, by

and through its counsel of record, Jonas V. Anderson, Esq.; and Resort Holdings 3, LLC, by and

through its counsel of record, Hutchison & Steffen, LLC, hereby stipulate and agree as follows:

WHEREAS, on June 14, 2014, the Debtors filed their Motion for Loan Modification (the

**Loan Modification Motion**"), Docket No. 61; and

WHEREAS, on June 30, 2014, the Debtors filed their Motion for Substantive

Consolidation and Joint Administration of Associated Chapter 11 Cases (the "**Joint**

**Administration Motion**"), Docket No. 66; and

WHEREAS, the hearings on the Loan Modification Motion and Joint Administration Motion (collectively, the "**Motions**") are scheduled for August 27, 2014, at 1:30 p.m.;

NOW THEREFORE, the Debtors, the Office of the United States Trustee, and Resort Holdings 3, LLC hereby stipulate and agree to the following, and by the Order concurrently uploaded with this Stipulation, seek Court approval of the same:

IT IS HEREBY STIPULATED AND AGREED that the hearings on the Motions shall be continued to October 1, 2014, at 1:30 p.m., or to such other date as this Court may permit.

Dated: August 20, 2014                    Dated: August 20, 2014

By: /s/ Samuel A. Schwartz                By: Jonas V. Anderson
Samuel A. Schwartz, Esq.                  Jonas V. Anderson, Esq.
Nevada Bar No. 10985                      Virginia Bar No. 78240
Emelia L. Allen, Esq.                     United States Department of Justice
Nevada Bar No. 11898                      Office of the United States Trustee
The Schwartz Law Firm, Inc.               300 Las Vegas Boulevard South, Suite 4300
6623 Las Vegas Blvd South, Suite 300      Attorneys for United States Trustee
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Debtors

Dated: August 20, 2014

By: /s/ Richard L. Doxey, Esq.
Richard L. Doxey, Esq.
Nevada Bar No. 9005
Hutchison & Steffen
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Resort 3 Holdings, LLC

Submitted by:

The Schwartz Law Firm, Inc.

By: /s/ Samuel A. Schwartz
SAMUEL A. SCHWARTZ, ESQ.  #10985
Attorneys for the Debtors

Page 2 of 2