_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 16, 2014

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | Case No. 14-10723-ABL |
| ) | |
| REZA ATHARI and ) | Chapter 11 |
| FATANEH R. ATHARI, ) | |
| ) | Hearing Date: December 9, 2014 |
| Debtors. ) | Hearing Time: 9:30 a.m. |
| _____ ) | |

**ORDER SCHEDULING EVIDENTIARY HEARING
REGARDING OBJECTION TO EXEMPTION**[1]

The matter of Debtors Reza Athari and Fataneh R. Athari's Objection to Allowance of Proof of Claim of Resort Holdings 3, LLC in Excess of Bankruptcy Code Section 502(b)(6) Cap ("Objection") (ECF No. 94), having come on for hearing on October 8, 2014,

**IT IS HEREBY ORDERED** that an **evidentiary hearing** regarding the Objection is scheduled for **December 9, 2014, at 9:30 a.m.**, in the Foley Federal Building and United States Courthouse, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, Third Floor, Courtroom #1.

**IT IS FURTHER ORDERED** that the Debtors must file an opening brief by November 25, 2014.  Resort Holdings 3, LLC must file a responsive brief by December 2, 2014. Debtors' reply to Resort Holdings 3, LLC's brief is due by December 5, 2014.

---

[1] In this Order, references to "ECF No." are to the numbers assigned to the documents filed in the case as they appear on the docket maintained by the Clerk of the Court.  "LR" refers to the Local Rules of Bankruptcy Practice for the District of Nevada.

1

1 **IT IS FURTHER ORDERED** that the parties must file lists of all witnesses expected to be called and all exhibits expected to be relied upon at the hearing by November 25, 2014. Objections to the opposing party's proposed witnesses and/or exhibits must be filed by December 2, 2014. The parties may stipulate to use the alternate direct testimony procedure under LR 9017. The parties must coordinate with Courtroom Deputy Cathy Shim by December 5, 2014, for the purpose of lodging exhibits.

Notice and copies sent through:

    CM/ECF ELECTRONIC NOTICING AND/OR BNC MAILING MATRIX

                               # # #