_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 16, 2014

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Boulevard South, Suite 300
Las Vegas Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Jointly Administered Under |
| | ) Case No. 14-10723-ABL |
| | ) |
| Reza Athari and Fataneh R. Athari; | ) Case No. 14-10723-ABL |
| | ) |
| Reza Athari & Associates, P.L.L.C., | ) Case No. 14-10724-ABL |
| | ) |
| Debtors. | ) Chapter 11 |
| | ) |
| | ) Hearing Date:  October 1, 2014 |
| | ) Hearing Time:  1:30 p.m. |

**ORDER (I) GRANTING MOTION JOINT ADMINISTRATION OF ASSOCIATED CHAPTER 11 CASES AND (II) DENYING SUBSTANTIVE CONSOLIDATION**

Upon consideration of the Motion for Substantive Consolidation and Joint Administration of Associated Chapter 11 Cases (the "**Motion**"); the United States Trustee's Opposition to the Motion; the Opposition to the Motion filed by Resort Holdings 3, LLC; adequate and proper notice having been given; and the Court having jurisdiction over the subject matter of the

Motion; and it appearing that the relief requested is reasonable and a benefit to the Debtors' estate, it is, by the United States Bankruptcy Court for the District of Nevada,

**ORDERED** that the Motion is **GRANTED**, in part; and it is further

**ORDERED** that Chapter 11 Case Nos. 14-10723-ABL and 14-10724-ABL (collectively, the "**Cases**") shall be jointly administered under Case No. 14-10723-ABL; and it is further

**ORDERED** that the request for substantive consolidation of the Cases is **DENIED**, without prejudice; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear all matters arising from or related to the relief granted in this Order.

| Submitted by: | APPROVED/~~DISAPPROVED~~ |
|---|---|
| THE SCHWARTZ LAW FIRM, INC. | By: /s/Jonas V. Anderson, Esq. |
| | Jonas V. Anderson, Esq. |
| By: /s/Samuel A. Schwartz | Virginia Bar No. 78240 |
| Samuel A. Schwartz, Esq. | United States Department of Justice |
| Nevada Bar No. 10985 | 300 Las Vegas Blvd. South, Suite 4300 |
| 6623 Las Vegas Blvd. South, Suite 300 | Las Vegas, NV 89101 Attorneys for the |
| Las Vegas, NV 89119 | united States Trustee |
| Attorneys for Debtors | |
| APPROVED/~~DISAPPROVED~~ | APPROVED/~~DISAPPROVED~~ |
| HUTCHISON & STEFFEN | /s/Gary Compton, Esq. |
| | Nevada Bar No. 1652 |
| By: /s/Jeffrey R. Hall | 2950 E. Flamingo Rd., Ste. L |
| Jeffrey R. Hall, Esq. (NBN 9572) | Las Vegas, NV 89121 |
| 10080 West Alta Drive, Suite 200 | Attorney for Boulder Dam Credit Union |
| Las Vegas, NV 89145 | |
| Attorneys for Resort Holdings 3, LLC | |

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED: Jeffrey R. Hall, Esq., Jonas V. Anderson, Esq., Gary Compton, Esq.

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
Attorneys for Debtors

# # #