Samuel A. Schwartz, Esq. (NBN 10985)                    E-Filed: October 17, 2014
The Schwartz Law Firm, Inc.
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtors

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | Jointly Administered Under |
| | ) | Case No. 14-10723-ABL |
| | ) | |
| Reza Athari and Fataneh R. Athari; | ) | Case No. 14-10723-ABL |
| | ) | |
| Reza Athari & Associates, P.L.L.C., | ) | Case No. 14-10724-ABL |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |
| | ) | Hearing Date:  October 1, 2014 |
| | ) | Hearing Time:  1:30 p.m. |

**NOTICE OF ENTRY OF ORDER GRANTING MOTION TO PERMIT
DEBTORS TO MODIFY LOANS WITH BOULDER DAM CREDIT UNION**

**TO:    ALL INTERESTED PARTIES, CREDITORS AND TRUSTEES**

The Court, the Debtors, and all creditors and parties in interest are hereby notified that an

Order Granting Motion to Permit Debtors to Modify Loans with Boulder Dam Credit Union was

entered by the Court on October 16, 2014, attached hereto as **Exhibit A**.

Dated this 17th day of October, 2014.

Respectfully Submitted,

/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq. (NBN 10985)
The Schwartz Law Firm, Inc.
6623 Las Vegas Boulevard South, Suite 300\
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtors

Page 1 of 4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the foregoing were sent via Electronic Mail

on October 17, 2014, to the following:

JONAS V. ANDERSON on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
jonas.v.anderson@usdoj.gov

MARILYN A. CASTON on behalf of Debtor REZA ATHARI
mckinneylaw3@gmail.com, hsteward@bourassalawgroup.com

MARILYN A. CASTON on behalf of Joint Debtor FATANEH R. ATHARI
mckinneylaw3@gmail.com, hsteward@bourassalawgroup.com

GARY L. COMPTON on behalf of Creditor BOULDER DAM CREDIT UNION
bkc@comptonlaw.org

RICHARD L. DOXEY on behalf of Creditor Resort Holdings 3, LLC
rdoxey@hutchlegal.com, fghadiri@hutchlegal.com

MARK B. PYPER on behalf of Debtor REZA ATHARI
pyperlaw@aol.com

MARK B. PYPER on behalf of Joint Debtor FATANEH R. ATHARI
pyperlaw@aol.com

SETH L RESZKO on behalf of Debtor REZA ATHARI
sethreszko@atharilaw.com, rezaathari@atharilaw.com

SETH L RESZKO on behalf of Joint Debtor FATANEH R. ATHARI
sethreszko@atharilaw.com, rezaathari@atharilaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JOSEPH G WENT on behalf of Creditor MUTUAL OF OMAHA BANK
JGWent@hollandhart.com, algrangaard@hollandhart.com

///

///

///

1

I HEREBY CERTIFY that true and correct copies of the foregoing were sent via U.S. Regular

2

Mail on October 17, 2014, to the following:

3

4   Reza Athari and Fataneh R. Athari                Citibank
    3365 Pepper Lane, Suite 102                      Processing Center
5   Las Vegas, NV 89120                              PO BOX 6004
                                                     Sioux Falls, SD 57117-6500
6
    United States Trustee
7   300 Las Vegas Blvd. South #4300                  American Express Bank, FSB
    Las Vegas, NV 89101                              Becket and Lee LLP
8                                                    Attorneys/Agent for Creditor
9   Dept of Employment, Training and Rehab           POB 3001
    Employment Security Division                     Malvern, PA 19355-0701
10  500 East Third Street
    Carson City, NV 89713                            Bank of America
11                                                   PO Box 15796
12                                                   Wilmington, DE 19886-3796
    Nevada Dept of Taxation, BK Section
13  555 E. Washington Ave. #1300
    Las Vegas, NV 89101                              Bank of America
14                                                   PO Box 851001
15  Internal Revenue Service                         Dallas, TX 75285
    P.O. Box 7346
16  Philadelphia, PA 19101-7346                      CBS Outdoor
17                                                   185 U.S. Hwy 46
    Clark County Assessor                            Fairfield, NJ 07004
18  c/o Bankruptcy Clerk
    500 S Grand Central Pkwy                         Chevron
19  Box 551401                                       P O Box 530950
    Las Vegas, NV 89155-1401                         Atlanta, GA 30353-0950
20
21  Clark County Treasurer                           Citibank
    c/o Bankruptcy Clerk                             Processing Center
22  500 S Grand Central Parkway                      Des Moines, IA 50363-0005
    PO Box 551220
23  Las Vegas, NV 89155-1220                         Citibank Thank You Preferred Card
                                                     PO Box 6004
24  State of Nevada Dept. of Motor Vehicles          Sioux Falls, SD 57117-6004
    Attn: Legal Division
25  555 Wright Way                                   Discover Bank
    Carson City, NV 89711                            DB Servicing Corporation
26                                                   PO Box 3025
                                                     New Albany, OH 43054-3025
27

28

29

30

31

32

33

34                              Page 3 of 4

Marriott Reward VISA
PO Box 15548
Wilmington, DE 19850

Southest Rapid Rewards Visa
P0 Box 94014
Palatine, IL 60094-4014

Time Warner Cable
c/o Credit Protection Association
P.O. Box 9037
Addison, TX 75001

/s/Christy L. Cahall
Christy L. Cahall

# Exhibit A

_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
October 16, 2014

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
The Schwartz Law Firm, Inc.
6623 Las Vegas Boulevard South, Suite 300
Las Vegas Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for the Debtors

### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Jointly Administered Under |
| | ) Case No. 14-10723-ABL |
| | ) |
| Reza Athari and Fataneh R. Athari; | ) Case No. 14-10723-ABL |
| | ) |
| Reza Athari & Associates, P.L.L.C., | ) Case No. 14-10724-ABL |
| | ) |
| Debtors. | ) Chapter 11 |
| | ) |
| | ) Hearing Date:  October 1, 2014 |
| | ) Hearing Time:  1:30 p.m. |

### ORDER GRANTING MOTION TO PERMIT DEBTORS TO MODIFY LOANS WITH BOULDER DAM CREDIT UNION

Upon consideration of the Motion to Permit Debtors to Modify Loans with Boulder Dam Credit Union (the "**Motion**"); the Opposition to the Motion filed by Resort Holdings 3, LLC (the "**Opposition**"); the Declaration of Reza Athari in Support of the Motion; adequate and proper notice having been given; and the Court having jurisdiction over the subject matter of the

1

Motion; and it appearing that the relief requested is reasonable and a benefit to the Debtors'

estate, it is, by the United States Bankruptcy Court for the District of Nevada,

**ORDERED** that the Motion is **GRANTED**, and it is further

**ORDERED** that the new terms of the Commercial Loan relative to the real property

located at 3365 Pepper Lane, Suite 103, Las Vegas, Nevada 89120 shall be as follows:

| | |
|---|---|
| Principal Loan Balance: | $1,812,610.00; |
| Monthly Principal and Interest Payment: | $13,002.00 |
| Interest Rate: | 6.00%, fixed |
| Maturity Date: | June 2034; and it is further |

**ORDERED** that the new terms of the Residential Loan relative to the real property

located at 3495 Pama Lane, Las Vegas, Nevada 89120 shall be as follows:

| | |
|---|---|
| Principal Loan Balance: | $1,454,209.00; |
| Monthly Principal and Interest Payment: | $8,711.00 |
| Interest Rate: | 6.00%, fixed |
| Maturity Date: | June 2044; and it is further |

**ORDERED** that the new terms of the Personal Property Loan relative to the Debtors'

2009 Mercedes Benz CLS 550 and 2003 Mercedes Benz G500 shall be as follows:

| | |
|---|---|
| Principal Loan Balance: | $44,746.00; |
| Monthly Principal and Interest Payment: | $1,332.00 |
| Interest Rate: | 3.99%, fixed |
| Maturity Date: | June 2017; and it is further |

**ORDERED** that nothing herein shall impair the rights of any entity in connection with

Section 1129 of the Bankruptcy Code; and it is further

///

///

///

///

2

1    **ORDERED** that this Court shall retain jurisdiction to hear all matters arising from or

2    related to the relief granted in this Order.

3    Submitted by:                                   APPROVED/~~DISAPPROVED~~

4    THE SCHWARTZ LAW FIRM, INC.          By: /s/Jonas V. Anderson, Esq.
                                                      Jonas V. Anderson, Esq.
5    By: /s/Samuel A. Schwartz                   Virginia Bar No. 78240
6    Samuel A. Schwartz, Esq.                    United States Department of Justice
     Nevada Bar No. 10985                        300 Las Vegas Blvd. South, Suite 4300
7    6623 Las Vegas Blvd. South, Suite 300       Las Vegas, NV 89101Attorneys for the
8    Las Vegas, NV 89119                         united States Trustee
     Attorneys for Debtors

9

10   APPROVED/~~DISAPPROVED~~              APPROVED/~~DISAPPROVED~~

11   HUTCHISON & STEFFEN                  /s/Gary Compton, Esq.
                                                      Nevada Bar No. 1652
12   By: /s/Jeffrey R. Hall                       2950 E. Flamingo Rd., Ste. L
13   Jeffrey R. Hall, Esq. (NBN 9572)            Las Vegas, NV 89121
     10080 West Alta Drive, Suite 200            Attorney for Boulder Dam Credit Union
14   Las Vegas, NV 89145
     Attorneys for Resort Holdings 3, LLC
15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_____ No party appeared at the hearing or filed an objection to the motion.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED: Jeffrey R. Hall, Esq., Jonas V. Anderson, Esq., Gary Compton, Esq.

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

THE SCHWARTZ LAW FIRM, INC.

By: /s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, NV 89119
Attorneys for Debtors

### #

4